**Order entered July 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00675-CV

### JEFFREY A. LIPSCOMB, Appellant

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-04599-E**

## ORDER

Before the Court is pro se appellant's "motion to override judge's decision in hearing and set a trial date." The motion appears to seek reversal of the trial court's order of dismissal, relief generally requested in a party's brief on the merits. Appellant's brief on the merits, however, is not yet due, as the appellate record has not been filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** the motion without prejudice to appellant asserting, in his brief, the arguments raised in the motion.

/s/     CRAIG STODDART
        JUSTICE